OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.406
PITNEY BOWES
02 1R
0006557458   JAN 13 2015
MAILED FROM ZIPCODE 78701

RE: WR-80,940-01

ERNESTO TIRADO FLORES JR.
BROOKS COUNTY DETENTION CENTER
901 CO
FALFUI

NIXIE        782   FE 1270        0001/19/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 78711230808        *2193-03913-19-22

45 78711 23 08